
RECEIVED
IN MONROE, LA

JUL 2 0 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **IUEMHOTEP MUHAMMAD** | * | **CIVIL ACTION NO. 06-0506** |
| **VERSUS** | * | **JUDGE JAMES** |
| **INTERNAL REVENUE SERVICE, ET AL** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Government's Motion to Dismiss (Doc. #10) be **GRANTED** and all claims are hereby **DISMISSED**.

THUS DONE AND SIGNED this 20 day of July, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION